# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DYLAN SCOTT CORRAL,

    Plaintiff,

    v.

WOODMAN,

    Defendant.

No. 2:18-CV-1769-KJM-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to file an opposition to defendant's motion to dismiss (ECF No. 30). Good cause appearing therefor, plaintiff's motion is granted and his opposition brief filed on April 12, 2019, is deemed timely. Defendant may file a reply within 15 days of the date of this order.

    IT IS SO ORDERED.

Dated: April 19, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1