# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:18-CV-1769-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| WOODMAN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 36) seeking an order directing prison officials to facilitate a meet-and-confer telephone conference with defendant's counsel for purposes of preparing a discovery plan. Plaintiff's motion is denied as premature because no answer has been filed in this action and, therefore, the case is not yet at issue. In any event, in cases filed by incarcerated plaintiffs, scheduling is accomplished without any court hearing on the papers and record. To the extent plaintiff is required by the Federal Rules of Civil

/ / /

/ / /

/ / /

/ / /

/ / /

1

Procedure or the local rules of this court to meet and confer with defendant's counsel, he may do so in writing.

        IT IS SO ORDERED.

Dated: June 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE