# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODMAN,<br><br>    Defendant. | No. 2:18-CV-1769-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter is before the undersigned for further pre-trial proceedings following the District Judge's December 16, 2019, order denying defendant's motion to dismiss. Defendant is directed to file an answer to plaintiff's first amended complaint within 30 days of the date of this order.

    IT IS SO ORDERED.

Dated: January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1